# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Tarontae Jackson,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Jared Halon, *et al*.,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-00686-APG-EJY<br><br>**ORDER** |

　　　　Plaintiff, proceeding *pro se*, submitted a Civil Rights Compliant under 42 U.S.C. § 1983 together with his Financial Certificate and inmate trust fund account statement on April 16, 2025. ECF Nos. 1, 1-1. Unfortunately, Plaintiff did not file an application to proceed *in forma pauperis* ("IFP"), which he must do in order to proceed without prepaying the $405 filing fee. 28 U.S.C. § 1915(a)(2); Local Special Rule 1-2.

　　　　Accordingly, IT IS HEREBY ORDERED that on or before **May 23, 2025**, Plaintiff must either pay the $405 filing fee to commence a civil action or file a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form.

　　　　IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **May 23, 2025**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to refile a case under a new case number when he is able to comply with LSR 2-1.

　　　　IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* for inmate along with the information and instructions for filing the same.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it at this time.

Dated this 22nd day of April, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE