AARON D. FORD
  Attorney General
RUDOLF M. D'SILVA (Bar No. 16227)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
Tel: (702) 486-3375
Fax: (702) 486-3768
Email: rdsilva@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TARONTAE D. JACKSON,<br><br>              Plaintiff,<br><br>v.<br><br>JARED HANLON, *et al.*,<br><br>              Defendants | Case No. 2:25-cv-00686-APG-EJY<br><br><br>**STIPULATION AND ORDER TO<br>DISMISS WITH PREJUDICE** |

Plaintiff, Tarontae D. Jackson, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this ___ day of May, 2026.

DATED this 14th day of May, 2026.
AARON D. FORD
Attorney General

By: _Tarontae Jackson_
Tarontae Jackson (NDOC#1186781)
Plaintiff, Pro Se

By: /s/ Rudolf M. D'Silva
Rudolf M. D'Silva (Bar No. 16227)
Senior Deputy Attorney General
*Attorneys for Defendants*

## IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
DATED: June 15, 2026

DATED: _5-15-26_